LOUIS O. VAN DOREN, Respondent, *v.* MARY H. MACKENZIE, Appellant.

*Attorney and client — action by attorney to recover for services and for money loaned.*

*Van Doren* v. *Mackenzie*, 190 App. Div. 847, affirmed.

(Argued December 13, 1921; decided January 10, 1922.)

APPEAL from a judgment, entered March 26, 1920, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant entered upon a decision of the court on trial at Special Term and directing judgment

in favor of plaintiff for the relief demanded in the complaint. The action was to recover for services as an attorney at law and for money loaned. The defense was a denial that the services rendered were worth the amount demanded and set up payment in full of the money advanced.

*Edgar T. Brackett* and *Max Halperin* for appellant.
*Francis M. Scott* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.